E-FILING

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

2008 FEB -5 A 11: 45

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08 00051 JW HRL |
| Plaintiff, | VIOLATION: Title 18, United States Code Section 656 - Theft, Embezzlement or Misapplication by Bank Officer or Employee |
| v. | |
| THOI UC DO, | |
| Defendant. | SAN JOSE VENUE |

## INFORMATION

The United States Attorney charges:

On or about June 3, 1998, in the Northern District of California, the defendant

THOI UC DO,

while an employee of Bank of America, did knowingly embezzle, abstract, and purloin over $1,000 intrusted to the custody and care of said bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, to wit: by processing a fraudulent cash advance in the amount of $2,000 from a Visa credit card belonging to a victim identified by the initials "R.L."

//
//
//

INFORMATION

1 | in violation of Title 18, United States Code, Section 656.

2

3 | DATED: *February 4, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

8 | (Approved as to form: _[signature]_ )
AUSA KNIGHT

INFORMATION                                -2-

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18, U.S.C. § 656 - Theft, Embezzlement or Misapplication by Bank Officer or Employee

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
30 years imprisonment
$1,000,000 fine
3 years supervised release
$100 special assessment fee

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

DEFENDANT - U.S.
2008 FEB -5 A 11: 05

▶ THOI UC DO

RICHARD W. WIEKING
DISTRICT COURT NUMBER
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CR 08 00051 JW HRL

---

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) SUSAN KNIGHT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: